FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUINN N LEARN,<br><br>          Plaintiff,<br><br>          v.<br><br>NICHOLAS W. BROWN, in his official capacity as Washington State Attorney General, *et al*,<br><br>          Defendants. | No.  2:26-cv-00085-SAB<br><br>**ORDER OF DISMISSAL** |

On April 23, 2026, the Court ordered Plaintiff to show cause why her Amended Complaint should not be dismissed, or in the alternative, granted her leave to file a second amended complaint by May 22, 2026. Plaintiff filed a Response to the Order on April 27, 2026.

In its prior Order, the Court examined all ten of Plaintiff's claims for relief and explained why each claim failed to satisfy the pleading standard of Federal Rule of Civil Procedure Rule 8. Despite this analysis and clear direction to Plaintiff to amend, Plaintiff declines to further amend her claims, asserting that the Court's Order "identifies no deficiencies, cites no rule violations, and provides no explanation of what, if anything, requires correction." Plaintiff goes on to state that she "has fully complied with the Order to Show Cause [and] the matter is now ripe for further service and proceedings."

Plaintiff is mistaken: the Court's prior Order clearly identified the deficiencies

**ORDER OF DISMISSAL # 1**

of Plaintiff's claims and presented Plaintiff with the opportunity to amend her claims to meet the requirements of Rule 8. Plaintiff has declined to do so. The matter is therefore **dismissed**.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

2.    Any remaining motions, if any, are **DISMISSED AS MOOT**.

3.    The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 29th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**