AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 29, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| QUINN N LEARN | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No.   2:26-cv-00085-SAB |
| | ) |
| NICHOLAS W. BROWN, in his official capacity as Washington State Attorney General, et al, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔   other:   The above-captioned case is DISMISSED with prejudice and without costs or attorney's fees.
Judgment in favor of Defendant.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

✔   decided by Judge   Stan Bastian _____

Date:   4/29/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*